# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-10558-AMC

DANA D. ANDERSON

605 North 66th Street

Philadelphia, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DANA D. ANDERSON

    605 North 66th Street

    Philadelphia, PA 19151

**Counsel for debtor(s), by electronic notice only.**
    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 7/19/2017

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee