# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10558-AMC

DANA D. ANDERSON

605 North 66th Street

Philadelphia, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DANA D. ANDERSON

    605 North 66th Street

    Philadelphia, PA 19151

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 10/3/2017

                              /S/ William C. Miller
                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee