# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-10558-AMC

DANA D. ANDERSON

605 NORTH 66TH STREET

PHILADELPHIA, PA 19151

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DANA D. ANDERSON

605 NORTH 66TH STREET

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Date: 7/30/2018

/S/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee