**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          **Chapter 13**
DANA D. ANDERSON


            **Debtor(s)**                        **Case No.** 17-10558-MDC


## <u>NOTICE OF COMPLETION OF PLAN PAYMENTS</u>

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy

Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee

payments under the confirmed Chapter 13 plan.


            **Office of the Chapter 13 Trustee**


Date: 7/19/2021              By:      */s/ William C. Miller*
                                      William C. Miller, Esquire, Chapter 13 Trustee
                                      1234 Market St., Suite 1813
                                      Philadelphia, PA 19107
                                      (215) 627-1377 (Phone)
                                      (610) 627-6299 (Fax)