Certificate Number: 03621-PAE-DE-035528304

Bankruptcy Case Number: 17-10558



03621-PAE-DE-035528304

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on March 26, 2021, at 1:33 o'clock AM EDT, Dana Anderson completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 2, 2021                              By:      /s/Blair Cender

                                                   Name:   Blair Cender

                                                   Title:   Credit Counselor